**Order filed October 25, 2016.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00508-CV
_____

## BLU SHIELDS CONSTRUCTION, LLC AND ARNOLD "BLU" SHIELDS, Appellants

## V.

## SCOTT CONKLING, MELISSA CONKLING, ET AL, Appellees

**On Appeal from the 56th District Court
Galveston County, Texas
Trial Court Cause No. 15-CV-0112**

## ORDER

Appellant, Arnold "Blu" Shields, is prosecuting this appeal pro se. Shields filed a notice of appeal on behalf of Blu Shields Construction, LLC as its "managing member." Though generally a corporation may be represented in litigation only by a licensed attorney, a non-attorney may perfect appeal on behalf of a corporation. *Kunstoplast of Am. v. Formosa Plastics Corp.*, USA, 937 S.W.2d 455, 456 (Tex. 1996). Nonetheless, Arnold "Blu" Shields may not represent Blu Shields

Construction, LLC in this appeal. *See Amron Props., LLC v. McGown Oil Co.*, No. 14-03-01432-CV, 2004 WL 438783, at \*1 (Tex. App.—Houston [14th Dist.] Mar. 11, 2004, no pet.) (mem. op.).  On July 20, 2016, this court notified all parties that Blu Shields Construction, LLC was subject to dismissal from this appeal unless the corporation filed a response through an attorney on or before August 1, 2016. On August 16, 2016, this court granted the corporation's motion to extend time to obtain counsel to October 17, 2016.

See id. Accordingly, we dismiss the appeal as to Blu Shields Construction only. The appeal will proceed with Arnold "Blu" Shields as the sole appellant.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Boyce and Christopher.